IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

M. KURBEGOVICH,                              No. C-09-2786 TEH (PR)

        Plaintiff,

     v.                                       ORDER OF TRANSFER

UNKNOWN FBI AGENTS,

        Defendant(s).
_____/

        Plaintiff, a prisoner at California State Prison, Corcoran in Corcoran, California, and frequent litigant in federal court, has filed a pro se civil rights complaint under 42 U.S.C. section 1983 alleging that since September 11, 2001, he has been "held incommunicado for all non-judicial mail" and that all of his outgoing mail addressed to attorneys, professors and journalists has been confiscated or destroyed by "unknown FBI agents" due to the implementation of the 'Patriot Act.'"  Doc. #1 at 1-3.  Plaintiff also seeks to proceed in forma pauperis under 28 U.S.C. section 1915.  Doc. #2.

        A substantial part of the events or omissions giving rise

1 to the claim(s) occurred in Kings County, which lies within the
2 venue of the Eastern District of California.  See 28 U.S.C. § 84(b).
3 Venue therefore properly lies in the Eastern District.  See id. §
4 1391(b).
5        Accordingly, in the interest of justice and pursuant to 28
6 U.S.C. section 1406(a) IT IS ORDERED that this action be TRANSFERRED
7 to the United States District Court for the Eastern District of
8 California.
9        The clerk shall transfer this matter and terminate all
10 pending motions as moot.

13        IT IS SO ORDERED.

16 DATED    07/07/09   
   **THELTON E. HENDERSON**
17 **United States District Judge**

26 G:\PRO-SE\TEH\CR.09\Kurbegovich-09-2786-transfer.wpd

**2**