# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAREM KURBEGOVICH,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN FBI AGENTS,<br><br>    Defendants.<br>_____/ | 1:09-cv-01231-LJO-SMS-PC<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY THE $350.00 FILING FEE IN FULL WITHIN 15 DAYS OR CASE WILL BE DISMISSED<br><br>(Doc. 2.) |

    Plaintiff Muharem Kurbegovich ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 23, 2009 at the United States District Court for the Northern District of California, along with an application to proceed in forma pauperis under 28 U.S.C. § 1915. On July 8, 2009, the case was transferred to the Eastern District of California and received at this Court on July 17, 2009.

    28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious

physical injury." A review of the actions filed by plaintiff reveals that plaintiff is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless plaintiff is, at the time the complaint is filed, under imminent danger of serious physical injury.[1]

Plaintiff alleges in the complaint that his mail to attorneys, professors and journalists is being stolen and/or destroyed by FBI agents, acting in collusion with the prison warden, and that prison personnel are holding him "incommunicado." The Court has reviewed plaintiff's complaint and finds that plaintiff has alleged no facts that support a finding that he is, at this time, under imminent danger of serious physical injury. Accordingly, plaintiff may not proceed in forma pauperis in this action, and must submit the appropriate filing fee in order to proceed with this action.

Based on the foregoing, it is HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(g), plaintiff's application to proceed in forma pauperis in this action is denied;

2. Plaintiff shall pay the $350.00 filing fee in full within **fifteen (15) days** from the date of service of this order; and

3. If plaintiff fails to pay the $350.00 filing fee in full within fifteen days, this action shall be dismissed, without prejudice.

IT IS SO ORDERED.

Dated:   July 21, 2009                        /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

---

[1] Among the dismissals suffered by Plaintiff that count as strikes under 1915(g) are case numbers 3:2004-cv-00537 TEH (ND. Cal) Muharem E. Kurbegovich v. Alameida (dismissed on 10/27/2004 for failure to state a claim and failure to comply with Rule 8); 2:2004-cv-05662 UA-CW (CD. Cal.) Muharem Kurbegovich v. Deputy Director (dismissed on 08/04/2004 when Plaintiff was denied leave to proceed in forma pauperis on the ground that the complaint is legally and/or factually patently frivolous, lacks a short and plain statement under Rule 8, and fails to state a claim); and 2:2003-cv-04742 UA-CW (CD Cal.) Muharem Kurbegovich v. Dinko Bozanich (dismissed on 07/28/2003 when Plaintiff was denied leave to proceed in forma pauperis on the ground, *inter alia*, that the complaint is legally and/or factually patently frivolous).