IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAREM KURBEGOVICH,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNKNOWN FBI AGENTS,<br><br>            Defendants.<br>_____/ | 1:09-cv-01231-LJO-SMS-PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE<br><br>ORDER FOR CLERK TO CLOSE CASE |

Plaintiff Muharem Kurbegovich ("plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 21, 2009, pursuant to 28 U.S.C. § 1915(g), the undersigned denied plaintiff's application to proceed in forma pauperis and ordered plaintiff to pay the $350.00 filing fee in full within fifteen days. Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action. The fifteen day time period has passed, and plaintiff has not complied with or otherwise responded to the court's order.

Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee. The Clerk is directed to close this case in its entirety.

IT IS SO ORDERED.

Dated:   August 21, 2009                    /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE